MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8942
    Facsimile: (415) 744-0134
    E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY R. RHOADES,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-01264-KJN<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 10-day extension of time, from January 28, 2019 to February 7, 2019, to respond to Plaintiff's Motion for Summary Judgment (Dkt. No. 14).

This is Defendant's first request for an extension of time. Defendant submits that good cause exists for this extension because the parties are engaged in settlement discussions. If the parties cannot agree, Defendant anticipates filing a Motion to Remand, which would reduce the number of issues that this Court will need to resolve and largely focus on the issue of remedy. Defendant's counsel will endeavor to complete the response as soon as possible and by no later

than February 7.  This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

    Plaintiff does not oppose Defendant's request for an extension of time.  The parties further stipulate that the deadline for any reply by Plaintiff will be extended accordingly.

Respectfully submitted,

Dated: January 25, 2019          THE METSKER LAW FIRM

By:   */s/ John Metsker\**
John Metsker
Attorney for Plaintiff
[\*As authorized by email on January 25, 2019]

Dated:  January 25, 2019          Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant U.S. Attorney
Attorneys for Defendant

# ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 28, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE