UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY R RHOADES, | No. 2:18-cv-1264-JAM-KJN |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On October 16, 2020 the magistrate judge filed findings and recommendations to award attorney's fees under 42 U.S.C. § 406(b). (ECF No. 29.) Thereafter, the undersigned adopted the findings and recommendations in full. (ECF No. 30.) Plaintiff now moves under Rule 60(a) to correct the court's order, as that order inadvertently referenced a previous EAJA award. (ECF No. 31.) Plaintiff's motion is GRANTED. The November 12, 2020 order is amended nunc pro tunc to delete page 2, lines 1-2, and in its place substitute the following:

2. The Commissioner shall pay counsel in this case the sum of $14,047.41 in attorney's fees under 42 U.S.C. § 406(b); and

3. Plaintiff's counsel shall reimburse plaintiff $6,900 in previously awarded EAJA fees.

DATED: November 16, 2020          /s/ John A. Mendez
                                                       THE HONORABLE JOHN A. MENDEZ
                                                       UNITED STATES DISTRICT COURT JUDGE

1